

FILED
JAN 0 4 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-17-15-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| MICHAEL DAVID LANGE, | |
| Defendant. | |

Upon motion of Defendant, and good cause appearing, IT IS

HEREBY ORDERED Defendant's Unopposed Motion to File Sentencing

Memoranda Under Seal (Doc. 57) is GRANTED.

Dated this 4th day of January, 2018.

Susan P. Watters
SUSAN P. WATTERS
DISTRICT COURT JUDGE

1