**JOHN D. SULLIVAN**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:  (406) 657-6989
Email: John.Sullivan2@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MICHAEL DAVID LANGE,**  Defendant. | **CR 17-15-BLG-SPW-1**  **GOVERNMENT'S NOTICE OF SENTENCING WITNESS** |

The United States, represented by Assistant U.S. Attorney John D. Sullivan, gives notice to the Court and counsel that the government will call FBI Task Force Officer Mike Robinson as a witness during the sentencing hearing scheduled for January 18, 2018.

DATED this 5th day of January, 2018.

                        KURT G. ALME
                        United States Attorney

                        */s/ John D. Sullivan*
                        JOHN D. SULLIVAN
                        Assistant U.S. Attorney