

Honorable Judge Susan Waters,

Thank you for the opportunity to address the court.

I wish to express my deepest and absolute apologies and sincerest regrets to the court, and to the people for my involvement, participation, awareness and for all of my subsequent actions related to this case.

I accept responsibility for my actions with humility. In doing so, I ask the court for a merciful sentence with the opportunity for redemption and forgiveness for my transgressions.

Throughout my life, I have never purposefully or knowingly hurt other people. I have always tried to help and assist others and to make life better for people. In this regard, I must convey my apologies for my part in allowing the people of my community to be exposed to dangerous and addictive drugs. It was never my intention for this to happen.

My involvement was never based upon a desire for self-profit or for any other self-serving purpose. It was based upon a very mis-guided sense of friendship during a very difficult and traumatic time in my life. I needed help in my own life instead of involvement with others who also needed help. My actions were wrong. I am before you today asking for a merciful sentence, and for the opportunity for redemption; and for help.


My awareness, participation, and actions were <u>never, in any way,</u> superior to or greater than those of the others who were directly involved. This truth does not lessen my own responsibility for my actions in any way, nor should it enhance my sentence.

Finally, I have no ill-will or anger towards anyone. I again express my absolute apologies and sincerest regrets for any and all pain or suffering that has resulted due to my actions. I only ask for a merciful sentence with the opportunity for redemption and the chance to return to society as a productive and good person. Thank you and may God Bless.